# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. ANTHONY CROUSE

Docket No. 3:03CR00240(SRU)

## Petition For Modification of Conditions or Term of Probation with the Consent of the Offender

**COMES NOW,** Deborah Palmieri, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Anthony Crouse who was sentenced to 3 years probation for Making False Statements, in violation of 18 U.S.C. §1001 by the Honorable Stefan R. Underhill, U.S. District Judge sitting in the court in Bridgeport, Connecticut, on January 12, 2004, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special conditions and terms as follows: 1) The defendant shall participate in a mental health counseling program, either inpatient or outpatient, approved by the U.S. Probation Office. The defendant shall pay all, or a portion of, the costs associated with mental health treatment based on his ability to pay, in an amount to be determined by the probation officer; 2) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, approved by the United States Probation Office which may include testing to determine if the defendant has reverted to the use of drugs or alcohol. The defendant shall pay all, or a portion of, the costs associated with substance abuse treatment based on his ability to pay, in an amount to be determined by the probation officer; 3) The defendant shall perform 200 hours of community service in a program or programs approved by the Probation Office; 4) The defendant shall pay a fine of $900 to be paid in monthly installments of $25.00 each. The interest shall be waived during the period of Probation.

Anthony Crouse began supervision on January 12, 2004.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
Mr. Crouse had been scheduled for DNA collection on October 26, 2006 and December 12, 2006. He reported an inability to report to the collection site on these days due to family obligations. Mr. Crouse's term of probation is scheduled to expire on January 11, 2007. After consulting with his attorney, Mr. Crouse signed the attached waiver extending the term of Probation for 60 days so that he may comply with DNA collection. The Probation Office anticipates that the next DNA collection date will be scheduled within the 60 day extension.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

- ☒ To extend the term of probation for 60 days. The expiration date will be March 12, 2007.
- ☐ To modify the conditions of supervision as follows:

### ORDER OF COURT

Considered and ordered this 9th day of January 2007, and ordered filed and made a part of the records in the above case.

_Stefan R. Underhill_
United States District Judge

Respectfully Submitted,
_Deborah Palmieri_
Deborah Palmieri
Senior United States Probation Officer

Place: Bridgeport, Connecticut

Date: 1-8-07